

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2021

No. 04-21-00072-CR

Christian William **PFISTER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

# O R D E R

On April 6, 2021, we abated this appeal to the trial court to hold a hearing to determine whether appellant's court-appointed counsel had abandoned the appeal. We received a supplemental clerk's record and supplemental reporter's record on May 7, 2021. The supplemental clerk's record contains a letter notifying Susan Schoon that the trial court appointed her as appellate counsel to represent appellant in this appeal. The supplemental clerk's record also contains findings of fact and conclusions of law, stating that appellant desires to prosecute his appeal, that appellant is indigent, and that appellant's prior attorney believed the case was closed and appellant had dismissed him as counsel. The trial court did not impose sanctions against appellant's previous counsel.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. As previously stated in our March 5, 2021 order, the trial court's certification in this appeal states that this criminal case, "is a plea-bargain case and the defendant has NO right to appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that this appeal will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed within thirty days from the date of this order, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex.

App.—San Antonio 2003, no pet.).  All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court